IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No. RDB-17-0135 |
| CORNELL BROWN, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Presently pending is Defendant Cornell Brown's ("Defendant" or "Brown") Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 20.) Brown is currently serving a 78-month term of imprisonment, followed by a four-year term of supervised release, for one count of attempted possession with intent to distribute narcotics, in violation of 21 U.S.C. § 846. (Judgment & Commitment Order ("J&C"), ECF No. 18.) Brown has been in federal custody since August 11, 2014. (*Id.*) The Government has no objection to Brown's release, as his projected release date from the Bureau of Prisons is July 20, 2020. (ECF No. 22.)

Accordingly, it is HEREBY ORDERED this 15th day of July, 2020, that Defendant Brown's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 22) is GRANTED, subject to the following conditions:

1. Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Defendant Cornell Brown's term of incarceration is reduced to time served, such that he is released from the custody of Bureau of Prisons as soon as the terms of this Order can be implemented;

2. Prior to his release from custody, the Bureau of Prisons is directed to place the Defendant Cornell Brown in quarantine for a period of 14 days and to evaluate him for the purposes of receiving a medical clearance;

3. Upon the expiration of the 14-day quarantine period and receipt of a medical clearance, the warden of United States Penitentiary, Canaan shall forthwith release from custody the person of the Defendant, Cornell Brown;

4. Defendant Cornell Brown shall be on supervised release status for a period of four years on the terms and conditions previously set;

5. While traveling from United States Penitentiary, Canaan to his residence, Defendant Cornell Brown will isolate himself to the best of his ability. Upon reaching his residence, Defendant Cornell Brown shall observe all applicable stay-at-home orders; and

6. Pretrial/Probation will review the conditions of release with Defendant Cornell Brown.

*[signature]*

Richard D. Bennett
United States District Judge